IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF ARKANSAS
WESTERN DIVISION

**KENYA THOMPSON**                                                                   **PLAINTIFF**

v.                        Case No: 4:18-CV-905-SWW

**UNION PACIFIC RAILROAD COMPANY**                            **DEFENDANT**

### PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY

Plaintiff Kenya Thompson, by and through her undersigned counsel, respectfully requests an order compelling Defendant to comply with its discovery obligations under the Federal Rules of Civil Procedure. The parties have conferred in good faith on the issues in dispute, and they are not able to resolve their disagreements without the intervention of the Court.

Pursuant to E.D. Ark. L.R. 7.2(a), Plaintiff is contemporaneously filing a Memorandum of Law in Support of this Motion, which is incorporated herein by reference.

WHEREFORE Plaintiff Kenya Thompson respectfully requests that this Court grant her Motion to Compel, overrule Defendant's objections and require Defendant to fully answer and/or respond to Interrogatory Nos. 11, 12, 15, 20, and 21, and Request Nos. 16, 19, 21, 28, 30, 37, 43, 44, 45, 46, and 47. Plaintiff also requests that this Court overrule Defendant's objections to Plaintiff's Rule 30(b)(6) deposition topics, Nos. 2, 4, 5, 13, 14, 22, 27, 28, 31, and 32, and require Defendant to designate and produce witnesses for each such topic, produce responsive documents for those topics; produce a privilege log, and for all such other relief this Court deems proper.

Dated:  September 19, 2019        Nelson G. Wolff ABN #2006002
                                  Scott M. Gershenson
                                  *Attorneys for Plaintiff Kenya Thompson*
                                  Schlichter, Bogard & Denton, LLP
                                  100 South Fourth Street, Suite 1200
                                  St. Louis, Missouri 63102
                                  Tel: (314) 621-6115
                                  Fax: (314) 621-7151
                                  nwolff@uselaws.com
                                  sgershenson@uselaws.com