| | |
|---|---|
| **From:** | Scott Gershenson |
| **To:** | Joshua C. Ashley |
| **Cc:** | Cara Kendall |
| **Subject:** | Thompson v. UP |
| **Date:** | Tuesday, September 17, 2019 11:45:00 AM |

Josh,

This email will memorialize our conversation on September 11 regarding Defendant's objections to Plaintiff's Rule 30(b)(6) Notice of Deposition. Please see below and let me know if I have misstated or missed anything.

1 – No issues here;
2 – We will have to take up the issue re. hot box reader data. Otherwise no other issues;
3 – UP will produce someone to testify re. the job duties/responsibilities/demands for job on June 20, 2017 and July 5, 2017. You are checking to see if UP will produce someone to testify outside of those specific dates (i.e.: January 1, 2012 to present);
4 – We will have to take this up;
5 – We will have to take this up;
6 – You are checking on this and will follow up with me;
7 – You are checking on this and will follow up with me;
8 – You are checking on this and will follow up with me;
11 – You will withdraw objections and produce a deponent;
12 – You are checking on this and will follow up with me;
13 – We will have to take this up;
14 – We will have to take this up;
15 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
16 – Plaintiff right now is interested in Defendant testifying as to underlying facts and circumstances contained in Plaintiff's personnel file, someone testify to Plaintiff's employment history, and discipline record. You are checking on this and will follow up with me. Plaintiff willing to pass on other issues for now but reserves right to notice up later;
17 – You are checking on this and will follow up with me;
18 – Plaintiff is willing to pass for now but reserves right to notice up later;
19 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
20 – You are checking on this and will follow up with me;
21 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
22 – We will have to take this up;
23 – You are checking on this and will follow up with me;
24 – You are checking on this and will follow up with me;
25 – You are checking on this and will follow up with me;
26 – Please confirm whether you will designate a witness to testify re. the names of these individuals who failed to perform an air brake test during the prescribed time period, the dates and circumstances of the rule violation, and disciplinary process;

**EXHIBIT 6**

27 – We will have to take this up;
28 – We will have to take this up;
29 – You are checking on this and will follow up with me;
30 – You are checking to see if you have produced all responsive documents; Defendant will produce witness to discuss underlying facts of docs;
31 – We will have to take this up; and
32 – We will have to take this up.

**Scott M. Gershenson**
Schlichter Bogard & Denton, LLP
100 South Fourth Street, Ste 1200
St. Louis, MO 63102
314-621-6115     314-621-7151(fax)
sgershenson@uselaws.com
http://www.uselaws.com

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.*

| | |
|---|---|
| **From:** | Joshua C. Ashley |
| **To:** | Scott Gershenson |
| **Cc:** | Cara Kendall; Joseph P. McKay; Jessica A. Skinner; Genea A. Cloninger |
| **Subject:** | RE: Thompson v. UP |
| **Date:** | Wednesday, September 18, 2019 6:09:42 PM |

Scott,

Here are the supplements/corrections to your notes that come to mind:

4 – I am checking on this;
11 – We are not withdrawing our objections; as we said in our responses, Union Pacific will produce someone to address this topic except as protected by privilege or work product, and except as to rule violations outside the safety context;
27 – I am checking on this;
28 – I am checking on this;

Best,

Josh

JOSHUA C. ASHLEY   |   ATTORNEY

http://portal.fec.net/fridaylogo.jpg


jashley@fridayfirm.com   |   Direct: (501) 370-3395   |   Fax (501) 244-5308
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522   |   www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-3395 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Joshua C. Ashley
**Sent:** Tuesday, September 17, 2019 5:22 PM
**To:** 'Scott Gershenson' <sgershenson@uselaws.com>
**Cc:** Cara Kendall <ckendall@uselaws.com>
**Subject:** RE: Thompson v. UP

Thanks, Scott. I'll compare my notes and get back to you tomorrow.

Best,

Josh

JOSHUA C. ASHLEY   |   ATTORNEY

Case 4:18-cv-00905-SWW   Document 21-6   Filed 09/19/19   Page 4 of 8


jashley@fridayfirm.com   |   Direct: (501) 370-3395   |   Fax (501) 244-5308

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522   |   www.FridayFirm.com
This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-3395 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Scott Gershenson <sgershenson@uselaws.com>
**Sent:** Tuesday, September 17, 2019 11:45 AM
**To:** Joshua C. Ashley <JAshley@fridayfirm.com>
**Cc:** Cara Kendall <ckendall@uselaws.com>
**Subject:** Thompson v. UP

Josh,

This email will memorialize our conversation on September 11 regarding Defendant's objections to Plaintiff's Rule 30(b)(6) Notice of Deposition. Please see below and let me know if I have misstated or missed anything.

1 – No issues here;
2 – We will have to take up the issue re. hot box reader data. Otherwise no other issues;
3 – UP will produce someone to testify re. the job duties/responsibilities/demands for job on June 20, 2017 and July 5, 2017. You are checking to see if UP will produce someone to testify outside of those specific dates (i.e.: January 1, 2012 to present);
4 – We will have to take this up;
5 – We will have to take this up;
6 – You are checking on this and will follow up with me;
7 – You are checking on this and will follow up with me;
8 – You are checking on this and will follow up with me;
11 – You will withdraw objections and produce a deponent;
12 – You are checking on this and will follow up with me;
13 – We will have to take this up;
14 – We will have to take this up;
15 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
16 – Plaintiff right now is interested in Defendant testifying as to underlying facts and circumstances contained in Plaintiff's personnel file, someone testify to Plaintiff's employment history, and discipline record. You are checking on this and will follow up with me. Plaintiff willing to pass on other issues for now but reserves right to notice up later;
17 – You are checking on this and will follow up with me;
18 – Plaintiff is willing to pass for now but reserves right to notice up later;
19 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs,

the underlying facts and circumstances contained in the documents) and will follow up with me;
20 – You are checking on this and will follow up with me;
21 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
22 – We will have to take this up;
23 – You are checking on this and will follow up with me;
24 – You are checking on this and will follow up with me;
25 – You are checking on this and will follow up with me;
26 – Please confirm whether you will designate a witness to testify re. the names of these individuals who failed to perform an air brake test during the prescribed time period, the dates and circumstances of the rule violation, and disciplinary process;
27 – We will have to take this up;
28 – We will have to take this up;
29 – You are checking on this and will follow up with me;
30 – You are checking to see if you have produced all responsive documents; Defendant will produce witness to discuss underlying facts of docs;
31 – We will have to take this up; and
32 – We will have to take this up.


**Scott M. Gershenson**
Schlichter Bogard & Denton, LLP
100 South Fourth Street, Ste 1200
St. Louis, MO 63102
314-621-6115     314-621-7151(fax)
sgershenson@uselaws.com
http://www.uselaws.com

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.*

| | |
|---|---|
| **From:** | Scott Gershenson |
| **To:** | Joshua C. Ashley |
| **Cc:** | Cara Kendall; Joseph P. McKay; Jessica A. Skinner; Genea A. Cloninger |
| **Subject:** | RE: Thompson v. UP |
| **Date:** | Thursday, September 19, 2019 12:40:00 PM |

Thanks Josh.  Without a definitive position from Defendant on Topic Nos. 4, 27, and 28, we intend to include that in our motion.  Please let me know as soon as possible if Defendant will produce a witness to testify on these topics (and produce related documents) without objection.

**From:** Joshua C. Ashley <JAshley@fridayfirm.com>
**Sent:** Wednesday, September 18, 2019 6:10 PM
**To:** Scott Gershenson <sgershenson@uselaws.com>
**Cc:** Cara Kendall <ckendall@uselaws.com>; Joseph P. McKay <JMckay@fridayfirm.com>; Jessica A. Skinner <jskinner@fridayfirm.com>; Genea A. Cloninger <gcloninger@fridayfirm.com>
**Subject:** RE: Thompson v. UP

Scott,

Here are the supplements/corrections to your notes that come to mind:

4 – I am checking on this;
11 – We are not withdrawing our objections; as we said in our responses, Union Pacific will produce someone to address this topic except as protected by privilege or work product, and except as to rule violations outside the safety context;
27 – I am checking on this;
28 – I am checking on this;

Best,

Josh

**JOSHUA C. ASHLEY**  |  ATTORNEY

http://portal.fec.net/fridaylogo.jpg


jashley@fridayfirm.com   |   Direct: (501) 370-3395   |   Fax (501) 244-5308

400 West Capitol Avenue, Suite 2000

Little Rock, Arkansas 72201-3522   |   www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-3395 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Joshua C. Ashley
**Sent:** Tuesday, September 17, 2019 5:22 PM

**To:** 'Scott Gershenson' <sgershenson@uselaws.com>
**Cc:** Cara Kendall <ckendall@uselaws.com>
**Subject:** RE: Thompson v. UP

Thanks, Scott. I'll compare my notes and get back to you tomorrow.

Best,

Josh

JOSHUA C. ASHLEY   |   ATTORNEY

http://portal.fec.net/fridaylogo.jpg

jashley@fridayfirm.com   |   Direct: (501) 370-3395   |   Fax (501) 244-5308
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522   |   www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-3395 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Scott Gershenson <sgershenson@uselaws.com>
**Sent:** Tuesday, September 17, 2019 11:45 AM
**To:** Joshua C. Ashley <JAshley@fridayfirm.com>
**Cc:** Cara Kendall <ckendall@uselaws.com>
**Subject:** Thompson v. UP

Josh,

This email will memorialize our conversation on September 11 regarding Defendant's objections to Plaintiff's Rule 30(b)(6) Notice of Deposition. Please see below and let me know if I have misstated or missed anything.

1 – No issues here;
2 – We will have to take up the issue re. hot box reader data. Otherwise no other issues;
3 – UP will produce someone to testify re. the job duties/responsibilities/demands for job on June 20, 2017 and July 5, 2017. You are checking to see if UP will produce someone to testify outside of those specific dates (i.e.: January 1, 2012 to present);
4 – We will have to take this up;
5 – We will have to take this up;
6 – You are checking on this and will follow up with me;
7 – You are checking on this and will follow up with me;
8 – You are checking on this and will follow up with me;
11 – You will withdraw objections and produce a deponent;
12 – You are checking on this and will follow up with me;

13 – We will have to take this up;
14 – We will have to take this up;
15 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
16 – Plaintiff right now is interested in Defendant testifying as to underlying facts and circumstances contained in Plaintiff's personnel file, someone testify to Plaintiff's employment history, and discipline record.  You are checking on this and will follow up with me.  Plaintiff willing to pass on other issues for now but reserves right to notice up later;
17 – You are checking on this and will follow up with me;
18 – Plaintiff is willing to pass for now but reserves right to notice up later;
19 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
20 – You are checking on this and will follow up with me;
21 – You are checking on this (for Dft to produce someone to testify as to the meaning of the docs, the underlying facts and circumstances contained in the documents) and will follow up with me;
22 – We will have to take this up;
23 – You are checking on this and will follow up with me;
24 – You are checking on this and will follow up with me;
25 – You are checking on this and will follow up with me;
26 – Please confirm whether you will designate a witness to testify re. the names of these individuals who failed to perform an air brake test during the prescribed time period, the dates and circumstances of the rule violation, and disciplinary process;
27 – We will have to take this up;
28 – We will have to take this up;
29 – You are checking on this and will follow up with me;
30 – You are checking to see if you have produced all responsive documents; Defendant will produce witness to discuss underlying facts of docs;
31 – We will have to take this up; and
32 – We will have to take this up.

**Scott M. Gershenson**
Schlichter Bogard & Denton, LLP
100 South Fourth Street, Ste 1200
St. Louis, MO 63102
314-621-6115     314-621-7151(fax)
sgershenson@uselaws.com
http://www.uselaws.com

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.*