**In the**
# CIRCUIT COURT
of St. Louis County, Missouri



Plaintiff(s): ADAM PUCKETT

vs.

Defendant(s): UNION PACIFIC RAILROAD CO.

Date: 6/9/15

Case Number: 13SL-CC04533

Division: 13

For File Stamp Only

**FILED**
JUN 09 2015
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

On Plaintiff's Motion to Compel, the Court orders as follows:

(1) Defendant will produce a privilege log that identifies documents withheld on the basis of privilege, including dates, times, and recipients;

(2) Defendant will produce systemwide reports of injuries due to carpal tunnel from 2004 to the present, excluding those reports previously produced in the Hartsfield and Jourdan cases; (UNDERLYING REPORTS OF INJURY TO BE PRODUCED WITHIN 45 DAYS)

(3) Defendant will produce cumulative trauma disorder prevention task force materials in its possession;

(4) Defendant states that it has no event recorder data and/or track image recordings from the locomotives involved in the subject traumatic incident other than the lead locomotive, but that such materials will be produced if they are in Defendant's possession;

(5) Defendant will produce locomotive inspection records concerning the locomotives involved in the subject traumatic incident for the period beginning 3 years prior to the subject traumatic incident;

(6) Defendant will produce systemwide reports of track separation incidents (Request 19); involving separations between locomotives (as produced in Hyman case)

(7) Defendant will produce the form 6180.98 report for the subject traumatic injury;

(8) Defendant will produce the job studies requested in Requests 11, 12, and 14 or log such studies on a privilege log; and

(9) The trial date will be continued to April 25, 2016, with a pretrial

**SO ORDERED** at 2:30 pm on April 15, 2016. The parties will submit a proposed amended scheduling order.

(10) DEFENDANT TO PRODUCE ABOVE MATERIALS (EXCEPT FOR UNDERLYING INJURY REPORTS WITHIN 30 DAYS).

Judge: [signature]

ENTERED: 6/9/15 (Date)

Attorney: [signature]  Bar No. #58959
Address:
Phone No.  Fax No.

Attorney: [signature]  Bar No. #30919
Address: 314-621-3434
Phone No.  Fax No.

EXHIBIT 7

CCOPR47  Rev. 5/95