IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENYA THOMPSON                                                                                    PLAINTIFF

V.                                          4:18-CV-905 SWW

UNION PACIFIC RAILROAD COMPANY                                                DEFENDANT

## AGREED PROTECTIVE ORDER

This case comes before the Court on the parties' Agreed Protective Order. The Court orders that the videos from the locomotives involved in the subject incidents shall not be disclosed, produced, copied or disseminated to anyone who is not involved in this case by the parties. The Court further orders that the parties shall not allow the videos to be disseminated to the Internet or any outside electronic media. The Court further orders that the parties' attorneys will ensure that if the videos are given to any employee of the parties' law firms or any outside expert, that these individuals will be advised of this Protective Order and they shall not disseminate the videos to the Internet or any outside electronic media. The Court further orders that the videos will be returned to defendant at the conclusion of the case.

**IT IS SO ORDERED**, this 2nd day of October, 2019

/s/Susan Webber Wright
United States District Judge

AGREED:

*/s/ Scott M. Gershenson*
Nelson G. Wolff, ABN #2006002
Scott M. Gershenson, MO #64865
Schlichter, Bogard & Denton, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
*nwolff@uselaws.com*
*sgershenson@uselaws.com*

*Attorneys for Plaintiff*

*&*

*/s/ Joshua C. Ashley*
Joseph P. McKay, ABN #99006
Khayyam M. Eddings, ABN #2002008
Joshua C. Ashley, ABN #2012051
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
*jmckay@fridayfirm.com*
*keddings@fridayfirm.com*
*jashley@fridayfirm.com*

*Attorneys for Defendant*