IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF ARKANSAS
WESTERN DIVISION

**KENYA THOMPSON**                                                                **PLAINTIFF**

v.                        **Case No: 4:18-CV-905-SWW**

**UNION PACIFIC RAILROAD COMPANY**                       **DEFENDANT**

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HER FIRST MOTION TO COMPEL DISCOVERY

Plaintiff, Kenya Thompson, by and through her undersigned counsel seeks leave to file a reply memorandum in support of her first motion to compel discovery. In support of her motion, Plaintiff states as follows:

1. On September 19, 2019, Plaintiff filed a motion to compel discovery, along with an 11-page memorandum in support, to address various discovery disputes in the pending cause. Subsequently, new counsel for Defendant entered their appearance and requested additional time to respond to Plaintiff's motion. Plaintiff consented to this request, and the Court ultimately allowed Defendant to submit a memorandum in opposition by October 15, 2019.

2. October 15, 2019, at 4:57 pm CDT, Defendant filed a 7-page response in opposition to Plaintiff's motion to compel, <u>and</u> an additional 47-page memorandum in opposition to Plaintiff's motion to compel. ECF Nos. 30 and 31. In Defendant's pleadings, it raises new arguments, including assertions that Plaintiff failed to follow procedural practices in filing her motion to compel, as well as new claims attacking the substance of Plaintiff's motion.

3. Plaintiff seeks leave to file the attached Reply Memorandum (Exhibit A) to address these new arguments.

WHEREFORE, for the foregoing reasons, Plaintiff Kenya Thompson respectfully

requests that this Court grant her Motion for Leave to file a Reply Memorandum in Support of her Motion to Compel, to be deemed filed upon the granting of this Motion, *instanter*, and for all other such relief this Court deems proper.

Dated: October 22, 2019
    Nelson G. Wolff ABN #2006002
    Scott M. Gershenson
    *Attorneys for Plaintiff Kenya Thompson*
    Schlichter, Bogard & Denton, LLP
    100 South Fourth Street, Suite 1200
    St. Louis, Missouri 63102
    Tel: (314) 621-6115
    Fax: (314) 621-7151
    nwolff@uselaws.com
    sgershenson@uselaws.com