IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL \DIVISION

| | | |
|---|---|---|
| KENYA THOMPSON | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO.  4:18CV00905 SWW |
| | * | |
| UNION PACIFIC RAILROAD COMPANY | * | |
| | * | |
| DEFENDANT | * | |

## ORDER

Before the Court are Plaintiff's motion and amended motion [ECF Nos. 33, 36], requesting an extension of pretrial deadlines and a continuance of the trial date.  The time for responding has expired, and Defendant has not filed a response.  After careful consideration, the motions will be granted.

Plaintiff filed a motion to compel discovery on September 19, 2010 [ECF No. 20], and the parties have continued to file briefs regarding the motion, the last being Defendant's sur-reply filed on December 13, 2019 [ECF No. 39].  It appears that briefing has now concluded, and the motion to compel is ready for a decision, which will be forthcoming.  In support of her motion for a continuance and extension of deadlines, Plaintiff states that the pending discovery dispute has prevented her from prosecuting her claims and preparing for trial.  The Court finds that the motions [ECF Nos. 33, 36] should be and they are hereby GRANTED.   The Court will set a new trial date and deadlines in a separately-filed, amended scheduling order.

IT IS SO ORDERED THIS 16th DAY OF DECMBER, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE