# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| KENYA THOMPSON | |
| PLAINTIFF | CASE NO. 4:18CV00905 SWW |
| V. | |
| UNION PACIFIC RAILROAD COMPANY | |
| DEFENDANT | |

## ORDER of STIPULATED DISMISSAL

Before the Court is the parties' stipulation for dismissal [ECF No. 44], stating that the parties have settled this action and stipulating that the action may be dismissed with prejudice.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each side to bear its own costs.

IT IS SO ORDERED THIS 9TH DAY OF APRIL, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE